# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| DAVID WEINTRAUB, for himself and all others similarly situated, | **CLASS ACTION COMPLAINT AND DEMAND FOR JURY TRIAL** |
| Plaintiffs, | |
| v. | INDEX:_____ |
| COLONIAL PENN LIFE INSURANCE COMPANY, and JOHN DOES 1-10, | |
| Defendants. | |

Plaintiff alleges:

## NATURE OF THIS ACTION

1. Defendant violated the Telephone Consumer Protection Act, 47 USC § 227 *et seq*. ("TCPA"), by placing solicitation phone calls to Plaintiff, and to putative class members, whose landline numbers were registered with the national Do Not Call Registry.

## PARTIES AND JURISDICTION

2. Named plaintiff is a natural person and resident of this judicial district.

3. Colonial Penn Life Insurance Company ("Colonial Penn") is a Pennsylvania corporation, with a principal place of business located at 399 Market Street, Philadelphia, Pennsylvania 19106.

4. The Court has subject matter jurisdiction pursuant to 28 USC §1331; 28 USC §§ 2201-2; and the holding of *Mims v. Arrow Fin. Services, LLC*, 132 S.Ct. 740 (2012).

5. Colonial Penn maintains offices in New Jersey, and regularly conducts business in New Jersey.

6. Events giving rise to this action occurred in this judicial district. Venue lies under 28 USC § 1391(b).

## FACTS

7. Plaintiff has a residential landline ending in 0709.

8. Plaintiff registered his 0709 landline telephone number with the national Do Not Call registry on or about July 23, 2004, and maintained such registration at all relevant times since.

9. Colonial Penn sells life insurance to consumers.

10. On June 9, 2016, Plaintiff received a call on his 0709 landline.

11. The June 9 call came from Colonial Penn, for the purpose of soliciting Plaintiff to purchase insurance from Colonial Penn.

12. On the other end of the June 9 call was a person who identified himself as "Jermaine."

13. Jermaine stated several times on the June 9 call that he was contacting Plaintiff from Colonial Penn.

14. Jermaine stated in the June 9 call with Plaintiff that that he worked at Colonial Penn's offices near the corner of Route 202 and Route 10 in Parsippany, New Jersey.  In fact, Colonial Penn maintains offices or operations at that location.

15. Jermaine asked Plaintiff for personal information, such as his age and history of medical conditions.

16. Plaintiff was confused by the call from Colonial Penn, because he had initiated no inquiry or communications with them for the purpose of purchasing life insurance.

17. On July 25, 2016, Plaintiff received another call on his 0709 landline from Colonial Penn.

18. On the other end of the line was a person identifying himself as "Jason," who again sought to induce Plaintiff to purchase life insurance from Colonial Penn.

19. Each phone call described above caused Plaintiff annoyance, harassment, and wasted his time.

20. Plaintiff did not give prior consent to Colonial Penn to contact him by phone for purposes of soliciting him.

21. Plaintiff had no prior relationship with Colonial as of June 9 or July 25, 2016.

## CLASS ACTION ALLEGATIONS

22. **Class definition**: This action is brought pursuant to FRCP 23 on behalf of the following class of individuals:

    All persons within the United States: (a) who, within the four years before the filing of the this Complaint, and through the date of class certification (b) received two or more solicitation calls within any twelve-month period (c) on a residential phone number registered on the national Do Not Call Registry; (d) from, or on behalf of, Colonial Penn.

23. Plaintiff preserves the right to amend the class definition or seek certification of alternate classes or subclasses.

24. The action is properly maintained as a class action.

25. **Numerosity**.  Upon information and belief, the class is so numerous that joinder of all parties is not practical.  Colonial Penn, and those acting on its behalf, engage in telephone marketing on a mass scale, initiating hundreds or thousands of phone calls to consumers.

26. **The class is ascertainable.**  Upon information and belief, Colonial Penn, and those acting on its behalf, maintain records sufficient to identify class members, and phone calls to class members which violated the TCPA for the reasons alleged herein.  Additionally, third-parties, such as phone companies, are in possession of records which may assist in ascertaining the class.

27. **Common Questions Predominate.**  Common questions of law and fact which are common to class members predominate over individual questions.  These common questions include whether Colonial Penn violated the TCPA, and whether it did so willfully or knowingly.

28. **<u>Plaintiff's claims are typical of class members'.</u>**  The legal theories and factual findings that would support Plaintiff's claims for relief would apply equally to the claims brought on behalf of the class.

29. **<u>Adequacy</u>**.  Plaintiff is prepared to adequately represent the class, and has retained competent counsel to do so.  No conflicts are foreseen in named Plaintiff acting on behalf of the class.

30. **<u>Superiority.</u>** A class action is a superior means of pursuing the claims alleged herein, because a class action: eliminates the risk of inconsistent results across various forums; renders the pursuit of these claims economical, whereas individual claims may not justify the expense of litigation; no difficulties are foreseen in maintain this action as a class action.

### <u>COUNT I</u><br><u>Telephone Consumer Protection Act</u><br><u>47 USC § 227 et seq.</u>

31. All preceding paragraphs are re-alleged.

32. Plaintiff brings this claim pursuant to 47 U.S.C. § 227(c)(5) of the TCPA, for himself and the class defined more fully above.

33. The TCPA protects the privacy of consumers, by prohibiting against unwanted telephone solicitations.  Regulations promulgated by the Federal Communications Commission, implementing the TCPA, set forth at 47 CFR § 64.1200(c)(2), prohibit solicitation phone calls to any person whose number has been placed on the national Do-Not-Call registry.

34. Colonial Penn placed two or more solicitation telephone calls, within a twelve month period, to Plaintiff and class members.

35. Such calls were placed to residential landlines registered with the national Do Not Call registry.

36. Colonial Penn violated the TCPA strictly, or in the alternative, violated the TCPA knowingly.

37. Colonial Penn is liable to Plaintiff and class members in the amount of $500 per violation, or in the alternative, for up to $1,500 per violation of the TCPA alleged herein.

38. The Court should declare Colonial Penn violated the TCPA, and should enjoin Colonial Penn from such further violations of the TCPA as alleged herein.

## PRAYER FOR RELIEF

**WHEREFORE**, Plaintiff respectfully demands judgement as follows:

A. Certifying the class alleged herein and appointing named Plaintiff and undersigned counsel to represent the same.

B. Damages of $500 for each violation of the TCPA alleged herein, pursuant to 47 USC § 227(c)(5)(b), or in the alternative, damages of $1,500 for each violation of the TCPA alleged herein, pursuant to 47 USC § 227(c)(5)(C);

C. A declaration that Defendants conduct violated the law, and equitable and injunctive relief sufficient to remedy the same pursuant to 47 USC § 227(c)(5)(A) and 28 USC § 2201-2;

D. Attorneys' fees and costs of this action, interest as allowed by law, and all such other relief as this court deems just and proper.

## JURY DEMAND

Plaintiff demands trial by jury.

Dated: October 23, 2017
      New York, New York

**POSNER LAW PLLC**

*/s/Gabriel Posner*
N.J. Bar number 137312015
270 Madison Avenue, Suite 1203
New York, New York 10016
Phone: (646) 546-5022
Email: gabe@PosnerLawPLLC.com
*Counsel for Plaintiff*

## LOCAL RULE 11.2 CERTIFICATION

I, Gabriel Posner, Esq. hereby certify to my own knowledge and based upon information available to me at my office, the matter in controversy in this action is not the subject of any other action now pending in any court or in any arbitration or administrative proceeding.

*s/ Gabriel Posner, Esq.*
